# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

ALEXANDER M. SAY,                    :
                                     :    Civil Action No. 3:07CV377-R
     Plaintiff,                    :
                                     :
v.                                   :    Judge Thomas B. Russell
                                     :
JOHN ADAMS, *et al.*                 :
                                     :
     Defendants.                   :

## REPORT OF PARTIES' PLANNING MEETING

1. **Parties' Planning Meeting.**  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 15, 2007 at 1:30 p.m. EST, and was attended by Jack Harrison, Patricia Foster, and Ali Razzaghi for Plaintiff Alexander Say ("Plaintiff"); Steve Lynn for John Adams *in his official capacity as* Commissioner; and Scott Lilly for Col. John Aubrey, *in his official capacity as* Jefferson County Sheriff (collectively "Defendants").

2. **Responsive Pleadings.**  All responsive pleadings will be filed on or before October 12, 2007.

3. **Pre-Discovery Disclosures.** On or before October 18, 2007, the parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) without change to the form or requirement for disclosures.

4. **Briefing Schedule.**  The facts underlying the claims made in the Complaint are not in dispute.  Therefore, in the interest of judicial economy, the parties request that the Court set a briefing schedule to allow the parties to brief the legal issues in this action, so that the Court may decide the issues raised in this case

expeditiously and efficiently.  The parties propose the following briefing schedule:

    a)  Plaintiff's Dispositive Motion Due on November 19, 2007;

    b)  Defendants' Response Due on December 4, 2007;

    c)  Plaintiff's Reply Brief Due on December 17, 2007.

5.  **Discovery Plan.**  To the extent the Court believes that additional factual information would be helpful in resolving the issues set forth in the Complaint filed in this case, the parties jointly propose to the Court the following discovery plan and parameters for discovery, subject to further agreement or order of the Court:

    a)  Because the facts underlying the claims made in the Complaint are not in dispute, only limited discovery may be required regarding the claims and defenses asserted in the pleadings, including the following subjects:

        i)  The impact of KRS 237.110(4)(b) as applied;

        ii)  Plaintiff's status as a resident alien lawfully admitted into the United States for  permanent residence;

        iii) Facts regarding Kentucky's vital state interest and the necessity of KRS 237.110(4)(b)  to further that interest.

    b)  All discovery shall be commenced in sufficient time to be completed by January 18, 2008 except as to experts.

    c)  The parties agree to abide by all provisions governing discovery without changes or limitations as set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

d) Reports from retained testifying experts under Rule 26(a)(2) are due:

    i) from Plaintiff by 150 days before trial.

    ii) from Defendants by 120 days before trial.

    iii) testimony or reports from rebuttal experts shall be due in accordance with Rule 26(a)(2)(C).

    iv) All expert depositions are to be concluded prior to the pre-trial conference.

e) Supplementations under Rule 26(e) are due seasonably.

## 6. Other Items.

a) The parties shall attend a telephonic scheduling conference with the court on October 18, 2007 at 9:15 a.m.  The parties have discussed and have agreed to raise the issue of Col. John Aubrey's status as a nominal party in this lawsuit during this telephonic scheduling conference.

b) The parties request a pretrial conference thirty (30) days prior to trial.

c) All dispositive motions shall be filed by February 18, 2008.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) and objections thereto shall be filed in accordance with that Rule.

e) The parties state that the case should be ready for trial within six months to the extent trial is necessary.

Date:  October 16, 2007

/s/ Jack B. Harrison_____
Jack B. Harrison
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6800
Fax: (513) 651-6981
Jharrison@fbtlaw.com
Attorney for Alexander Say, and
Cooperating Attorney for ACLU of
Kentucky

/s/ Stephen D. Lynn (by J. Harrison, with permission)
Stephen D. Lynn
Justice & Public Safety Cabinet
Office of Legal Services
c/o Department of Criminal Justice
Training
Funderburk Building
521 Lancaster Avenue
Richmond, Kentucky 40475
(859) 622-3073
(Fax) (859) 622-5027
steve.lynn@ky.gov
Attorney for John Adams

/s/ N. Scott Lilly (by J. Harrison, with permission)
N. Scott Lilly
1001 Fiscal Court Building
Louisville, KY 40202
(502) 574-6333
(502) 574-5573 (fax)
scott.lilly@louisvilleky.gov
Attorney for Col. John Aubrey