UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ALEXANDER M. SAY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV-377-R |
| ) | |
| JOHN ADAMS, et al. ) | **Electronically filed** |
| ) | |
| Defendants ) | |
| ) | |

## AGREED ORDER

The Defendant, John Adams, seeks dismissal of this case as moot. The parties are attempting to reach a global resolution of this case that will make it unnecessary for the Court to rule further on the substantive merits, mootness, or Plaintiff's entitlement to an award of statutory attorneys' fees.

Because the parties deem it prudent and efficient to allow sufficient time for these efforts to resolve the case, the parties have agreed to the following order, and the Court has been sufficiently advised,

**IT IS ORDERED** that the deadline for Plaintiff's response to Defendant's motion to dismiss this case as moot is extended until June 4, 2008.

Agreed to:

s/David A. Friedman
David A. Friedman
General Counsel
William E. Sharp
Staff Attorney
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
(502) 589-9687 (fax)
dfriedman@ffgklaw.com
sharp@aclu-ky.org

Jack B. Harrison
Patricia A. Foster
Ali Razzaghi
Elizabeth Lenhart
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6800
(513) 651-6981 (fax)
Jharrison@fbtlaw.com
pfoster@fbtlaw.com
arazzaghi@fbtlaw.com
elenhart@fbtlaw.com

Attorneys for Plaintiff


s/Roger G. Wright (by daf with permission)
Justice and Public Safety Cabinet
Office of Legal Services
c/o Kentucky State Police
919 Versailles Road
Frankfort, KY 40601
(502) 695-6345
(502) 573-1636
rogerg.wright@ky.gov

Stephen D. Lynn
Justice & Public Safety Cabinet
Office of Legal Services
c/o Department of Criminal Justice Training
Funderburk Building
521 Lancaster Avenue
Richmond, KY 40475-3102
(859) 622-3073
(859) 622-5027 (fax)
steve.lynn@ky.gov

Attorneys for Defendant Adams