UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ALEXANDER M. SAY,  )<br>  )<br>  Plaintiff  )<br>  )<br>v.  )<br>  )<br>JOHN ADAMS, et al.  )<br>  )<br>  Defendants  )<br>_____) | Civil Action No. 3:07CV-377-R<br><br>**Electronically filed** |

## MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

The Plaintiff moves for an award of attorney fees and costs under 42 U.S.C. § 1988, in the amount of $57,093.87, for all work performed through July 24, 2008. The Plaintiff has submitted his supporting memorandum and declarations and tendered his proposed order.

Respectfully submitted,


s/David A. Friedman_____
David A. Friedman, General Counsel
William E. Sharp, Staff Attorney
American Civil Liberties Union of Kentucky
315 Guthrie Street, Suite 300
Louisville, Kentucky 40202
(502) 581-9746
dfriedman@ffgklaw.com
sharp@aclu-ky.org

        Jack B. Harrison
        Patricia A. Foster
        Ali Razzaghi
        Elizabeth Lenhart
        FROST BROWN TODD LLC
        2200 PNC Center
        201 East Fifth Street
        Cincinnati, OH 45202-4182
        (513) 651-6800
        (513) 651-6981 (fax)
        Jharrison@fbtlaw.com
        pfoster@fbtlaw.com
        arazzaghi@fbtlaw.com
        elenhart@fbtlaw.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

        I hereby certify that on July 24, 2008, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Roger G. Wright
    Stephen D. Lynn
    N. Scott Lilly

        s/David A. Friedman_____
        David A. Friedman
        General Counsel
        American Civil Liberties Union of Kentucky
        315 Guthrie Street, Suite 300
        Louisville, Kentucky 40202
        (502) 581-9746
        dfriedman@ffgklaw.com