UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:07-CV-377-R

ALEXANDER M. SAY                                                               PLAINTIFF

v.

JOHN ADAMS, et al.                                                    DEFENDANTS

**ORDER**

This matter having come before the Court upon Plaintiff's Motion for Attorney Fees and Costs; the Court having reviewed the record; the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED in part and DENIED in part**. Plaintiff is entitled to a total attorney fee award of **$44,545.87**.